**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 03-1699

RICKEY MEDLOCK,

Plaintiff - Appellant,

versus

DONALD H. RUMSFELD, Secretary of Defense,
NIMA,

Defendant - Appellee.

Appeal from the United States District Court for the District of
Maryland, at Greenbelt. Deborah K. Chasanow, District Judge. (CA-
02-1093-DKC)

Submitted: December 19, 2003       Decided: February 11, 2004

Before LUTTIG, TRAXLER, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Dawn V. Martin, LAW OFFICES OF DAWN V. MARTIN, Washington, D.C.,
for Appellant. Thomas M. DiBiagio, United States Attorney,
Kristine L. Sendek-Smith, Assistant United States Attorney,
Baltimore, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Rickey Medlock appeals from the district court's orders granting summary judgment in favor of Defendant in his employment discrimination action and denying his motion for reconsideration. On appeal, he contends that the district court erred by ruling on the motion for summary judgment prior to discovery, failing to consider his claims of disparate impact, and granting summary judgment on his retaliation claim. We have reviewed the parties' briefs, the joint appendix, and the district court's opinions and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Medlock v. Rumsfeld, No. CA-02-1093-DKC (D. Md. Dec. 31, 2002; Apr. 4, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED